UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2092 RHK/FLN

| | | |
|---|---|---|
| LAZARO DESPAIGNE BORRERO,<br><br>Plaintiff,<br><br>v.<br><br>HERNANDEZ, INS transportation officer, et al., IMMIGRATION AND NATURALIZATION SERVICE, et al.,<br><br>Defendants. | ) | O R D E R |

This matter came before the Court on the Motion For Extension of Time by the Defendants, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Defendants have to respond to the complaint is extended to and including March 8, 2002.

Dated: 2/8/02

Franklin L. Noel
United States Magistrate Judge

FEB 08 2002
FILED RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK