UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero,

Plaintiff,

v.

Hernandez, INS Transportation Officer, et al.,; Immigration and Naturalization Service, et al.,

Defendants.

Civil 01-2092 RHK/FLN

ORDER

---

This matter is before the undersigned United States Magistrate Judge on a motion by Defendant Immigration and Naturalization Service to dismiss pursuant to Fed.R.Civ.P. 12(b).

IT IS HEREBY ORDERED that any written response from Plaintiff to this motion to dismiss must be filed with the Court and served on the defendants on or before April 15, 2002. The Court will decide the motion on written submissions from the parties.

DATED: March 15, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK