UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2092 RHK/FLN

LAZARO DESPAIGNE BORRERO,

Plaintiff,

v.

HERNANDEZ, INS transportation officer, et al., IMMIGRATION AND NATURALIZATION SERVICE, et al.,

Defendants.

ORDER

This matter came before the Court on the Motion For Extension of Time by the Defendants, and no hearing thereon being necessary, it is hereby

ORDERED as follows:

1. On or before May 31, 2002, the Defendant INS shall file any Reply Memorandum in Support of Motion to Dismiss and Defendant Hernandez shall file his memoranda and affidavits in opposition to the motion for partial summary judgment and his Cross Motion for Dismissal or Summary Judgment with supporting papers; and

2. On or before June 21, 2002, Plaintiff shall file his memoranda or other papers in opposition to Defendant Hernandez's Motion to Dismiss and any reply memorandum in support of Plaintiff's Motion for Partial Summary Judgment.

Dated: 5/23/02

Franklin L. Noel
United States Magistrate Judge



FILED ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK