UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero,

Plaintiff,

v.

Hernandez, INS Transportation Officer, et al., Immigration and Naturalization Service, et al.,

Defendants.

Civil 02-2092 RHK/FLN

ORDER

---

This matter is before the undersigned United States Magistrate Judge on a motion by Defendant Basilio Hernandez to dismiss.

IT IS HEREBY ORDERED that any written response from Plaintiff to this motion to dismiss must be filed with the Court and served on the Defendants on or before August 19, 2002. The Court will decide the motion on written submissions from the parties.

DATED: July 16, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JUL 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK