UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero,

Plaintiff,

v.

Hernandez, INS Transportation Officer, Immigration and Naturalization Service,

Defendants.

Civil 01-2092 JEL/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 24, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that Defendant INS' Motion to Dismiss for Lack of Subject Matter Jurisdiction [#16] is GRANTED.

DATED: August 5, 2002.

JUDGE JOAN E. LANCASTER
United States District Court

FILED AUG 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________