AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Lazaro Despaigne Borrero

V.

Basilio Hernandez
INS Transportation Officer

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2092 JEL/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's motion for partial summary judgment is denied. Defendant's motion to dismiss is granted. Plaintiff's complaint is dismissed with prejudice.

December 5, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk